## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **WADE HAMMOND**, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | Case no. 18-cv-02092 |
| v. | Judge Sara Ellis |
| **ATLANTIC CREDIT FINANCE, INC.**, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby provided that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff **WADE HAMMOND**, in his individual capacity, is dismissing his claims against **ATLANTIC CREDIT FINANCE, INC**. This Notice of Voluntary Dismissal does not serve to dismiss any claims asserted on behalf of putative class members.

Accordingly, Plaintiff respectfully requests that this Honorable Court issue a minute order acknowledging this filing to as to vacate all previously set dates.

Respectfully Submitted,

Plaintiff **WADE HAMMOND**

*/s/ James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, LTD
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
jvlahakis@sulaimanlaw.com

### CERTIFICATE OF SERVICE

I, James C. Vlahakis, counsel for Plaintiff certify that I caused a copy of the document to be served by ECF on all ECF-registered counsel of record, this 12th day of June 2018.

*/s/ James C. Vlahakis*