# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WADE HAMMOND, individually, and on behalf of all others similarly situated, | |
| v. | Case No.: 1:18-cv-02092 |
| ATLANTIC CREDIT & FINANCE, INC., | Honorable Judge Sara L. Ellis |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiff, WADE HAMMOND by and through his attorney, SULAIMAN LAW GROUP, LTD., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his individual capacity claim against the Defendant ATLANTIC CREDIT & FINANCE, INC., with prejudice. This Notice of Voluntary Dismissal does not operate to dismiss the claims of any putative class members.

Dated: Sept. 21, 2018

Respectfully Submitted,

*/s/ James C. Vlahakis*_____
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, James C. Vlahakis, counsel for Plaintiff certify that I caused a copy of the document to be served by ECF on all ECF-registered counsel of record, this 21stday of September, 2018.

*/s/ James C. Vlahakis*